FILED
2008 APR 14 AM 11:46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Applicant, <br><br> vs. <br><br> ABLE BUILDING MAINTENANCE COMPANY <br><br> Respondent. | No. <br><br> ORDER TO SHOW CAUSE |

The National Labor Relations Board, herein called the Board, by its General Counsel and by Olivia Garcia, Regional Attorney for Region 20, having filed its Application for an order requiring Respondent Able Building Maintenance Company, herein referred to as Respondent, to obey and comply with a subpoena duces tecum duly and properly served on said Respondent as set forth in said application, and good cause appearing therefore,

IT IS ORDERED that Respondent appear before this Court at the United States Court House, 450 Golden Gate Avenue, San Francisco, California, on the 1st day of May, 2008, at 4:00 p.m.
___.m., or as soon thereafter as Counsel can be heard, and then and there show cause, if any there be, why an order of this Court should not issue directing Respondent's Custodian of Records to

Order To Show Cause

1  appear before Jolane Findley, or other Board Agent designated by the Regional Director of
2  Region 20 of the Board, at such time and place as said Regional Director may designate, and then
3  and there produce the documents it has refused to produce and give sworn testimony about said
4  documents pursuant to subpoena duces tecum no. B-556217 issued by the Board to Respondent
5  on January 31, 2008, in Board Cases 20-CA-33644 and 20-CB-12907, now pending before said
6  Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. Sec.
7  151, et seq.]; and

8      IT IS FURTHER ORDERED that Respondent file an Answer to the Application with the
9  Clerk of this Court and serve copies thereof upon Applicant at its office located at 901 Market
10 Street, Suite 400, San Francisco, California 94103, on or before the 24th day of April, 2008, and
11 that Applicant may file and serve a Reply to each Answer at least one day before the hearing; and

12     IT IS FURTHER ORDERED that service of copies of this Order, the Application upon
13 which it is issued, the Applicant's Memorandum in Support of this Application For Order
14 Requiring Obedience To Subpoena Duces Tecum, the proposed Findings of Fact and
15 Conclusions of Law lodged with the Court, and the proposed Order Requiring Obedience to
16 Subpoena Duces Tecum lodged with the Court be made without delay upon Respondent, in any
17 manner provided in the Federal Rules of Civil Procedure and that proof of such service be filed
18 herein.

19     Done at San Francisco, California, this 11th day of April, 2008.

21                                United States District Judge