OLIVIA GARCIA
ROBERT J. BUFFIN
DAVID B. REEVES (SBN 58101)
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5130/356-5140
Facsimile: (415) 356-5156

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, )<br>)<br>Applicant )<br>)<br>v. )<br>)<br>ABLE BUILDING MAINTENANCE )<br>COMPANY )<br>)<br>Respondent )<br>_____ ) | Civil No. C08-80068 (MISC) VRW<br><br>STIPULATION RE CONTINUANCE OF HEARING ON APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENA DUCES TECUM |

The undersigned parties do hereby stipulate that the hearing on the Application for Order Requiring Obedience to Subpoena Duces Tecum, filed by Applicant National Labor Relations Board and presently scheduled for May 1, 2008 at 4:00 p.m., shall be continued to June 12, 2008 at 4:00 p.m. or as soon thereafter as counsel can be heard, at the United States Court House at 450 Golden Gate Avenue, San Francisco, California. Respondent's Answer to said Application shall be filed no later than May 29, 2008, and Applicant's reply, if any, shall be filed no later than one day before the hearing.

Dated: April 28, 2008          NATIONAL LABOR RELATIONS BOARD


/s/ David B. Reeves
David B. Reeves, Esq.
Counsel for Applicant
National Labor Relations Board

Stipulation re Hearing on Application for Order Requiring Obedience to Subpoena Duces Tecum

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Charles Thompson_____
Charles Thompson, Esquire
Attorney for Respondent
Able Building Maintenance Company

Dated:_____          IT IS SO ORDERED.

_____
United States District Judge

IT IS SO ORDERED:

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

Dated: April 29, 2008

_____
UNITED STATES DISTRICT JUDGE