|   |   |
|---|---|
| 1 | OLIVIA GARCIA |
| 2 | ROBERT J. BUFFIN<br>DAVID B. REEVES (SBN 58101) |
| 3 | National Labor Relations Board<br>Region 20 |
| 4 | 901 Market Street, Suite 400<br>San Francisco, California 94103 |
| 5 | Telephone: (415) 356-5130/356-5140<br>Facsimile: (415) 356-5156 |
| 6 | Attorneys for Applicant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL LABOR RELATIONS BOARD, ) | |
| --- | --- |
| ) | |
| Applicant ) | |
| ) | |
| v. ) | Civil No. C08-80068 (MISC) VRW |
| ) | |
| ABLE BUILDING MAINTENANCE ) | STIPULATION RE CONTINUANCE OF |
| COMPANY ) | HEARING ON |
| ) | APPLICATION FOR ORDER REQUIRING |
| Respondent ) | OBEDIENCE TO SUBPOENA DUCES |
| ) | TECUM |
| ) | |

The undersigned parties do hereby stipulate that the hearing on the Application for Order Requiring Obedience to Subpoena Duces Tecum, filed by Applicant National Labor Relations Board and presently scheduled for May 1, 2008 at 4:00 p.m., shall be continued to ~~June 5, 2008~~ June 12, 2008 at 4:00 p.m. or as soon thereafter as counsel can be heard, at the United States Court House at 450 Golden Gate Avenue, San Francisco, California. Respondent's Answer to said Application shall be filed no later than May 29, 2008, and Applicant's reply, if any, shall be filed no later than one day before the hearing.

Dated: April 28, 2008    NATIONAL LABOR RELATIONS BOARD

/s/ David B. Reeves
David B. Reeves, Esq.
Counsel for Applicant
National Labor Relations Board

                    /s/ Charles Thompson_____
                    Charles Thompson, Esquire
                    Attorney for Respondent
                    Able Building Maintenance Company

Dated:_____      IT IS SO ORDERED.

_____
United States District Judge

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Vaughn R Walker

IT IS SO ORDERED:

Dated: April 29, 2008

_____
UNITED STATES DISTRICT JUDGE

Stipulation re Hearing on Application for Order Requiring Obedience to Subpoena Duces Tecum