OLIVIA GARCIA
ROBERT J. BUFFIN
DAVID B. REEVES (SBN 58101)
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone:  (415) 356-5130/356-5140
Facsimile: (415) 356-5156

Attorneys for Applicant

**IT IS SO ORDERED**

Judge Vaughn R Walker

6/10/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) | |
| Applicant ) | |
| v. ) | Civil No.  C08-80068 (MISC)  VRW |
| ABLE BUILDING MAINTENANCE ) COMPANY ) | NOTICE OF DISMISSAL [FRCP RULE 41(a)] |
| Respondent ) | Date:  June 12, 2008 Time:  4:00 p.m. |
| _____ ) | |

    PLEASE BE ADVISED that the National Labor Relations Board, the Applicant herein, is hereby dismissing this matter without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.


        Dated:  June 4, 2008          NATIONAL LABOR RELATIONS BOARD


                                       /s/ David B. Reeves_____
                                       David B. Reeves, Esq.
                                       Counsel for Applicant
                                       National Labor Relations Board

Notice of Dismissal